[No. 43779-8-I.     Division One.     December 27, 1999.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*, v. ADRIAN ROMERO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-00051-1, R. Joseph Wesley, J., entered November 6, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43865-4-I.     Division One.     December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAS ARELLANO-MONTANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04049-1, Anthony P. Wartnik, J., entered December 4, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44373-9-I.     Division One.     December 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL WHITFIELD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-08059-7, Suzanne M. Barnett, J., entered March 19, 1999. *Affirmed* by unpublished per curiam opinion. Now published at 99 Wn. App. 331.

[No. 17650-9-III.     Division Three.     December 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-00140-3, Paul A. Bastine, J., entered June 30, 1998. *Affirmed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.